Samuel P. Moulthrop
Riker Danzig LLP
7 Giralda Farms Suite 250
Madison, NJ 07940
(973) 451-8471
smoulthrop@riker.com
*Counsel for Petitioner*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN LORENA MOSQUERA VIVEROS, <br><br>       Petitioner, <br><br>       v. <br><br> JASON BENZEL, in his official capacity as Warden of the Elizabeth Contract Detention Facility; RANDI BORGEN, in her official capacity as Field Office Director for the Newark Field Office for Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; TODD BLANCHE, in his official capacity as Attorney General of the United States of America, <br><br>       Respondents. | Civil Action No. 26-09697 (CPO) <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a) Petitioner hereby dismisses her Petition for Writ of Habeas Corpus in the above-captioned action without prejudice and without costs to any party.

                                                 RIKER DANZIG LLP
                                                 Attorneys for Plaintiff,
                                                 By: /s/ Samuel P. Moulthrop

DATED: August 1, 2025                            SAMUEL P. MOULTHROP

**SO ORDERED.**

CHRISTINE P. O'HEARN, U.S.D.J.
Dated: August 3. 2026